IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-00123 |
| CPZ NORTHWAY, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, SALVADOR SEGOVIA, JR. ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, CPZ NORTHWAY, LLC.

Plaintiff and Defendant, CPZ NORTHWAY, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 26th day of March, 2021.

                                                  Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                /s/ Douglas S. Schapiro
                                                Douglas S. Schapiro, Esq.
                                                Southern District of Texas ID No. 3182479
                                                The Schapiro Law Group, P.L
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 26th day of March, 2021.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479