UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District~~ of Texas

**ENTERED**

May 03, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Salvador Segovia, Jr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-123 |
| | § | |
| CPZ Northway, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1.  Neither party having moved for reinstatement, the case is dismissed with prejudice. (12)(13)

2.  The court retains jurisdiction to enforce the settlement.

Signed on May ⎽3⎽ , 2021, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge